MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elvin David Diaz-Jimenez, | No.  CV-26-01989-PHX-KML (DMF) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, et al., | |
| Respondents. | |

Petitioner, through counsel, filed a Petition for Writ of Habeas Corpus (Doc. 1) pursuant to pursuant to 28 U.S.C. § 2241 (Doc. 1) and a Motion for Preliminary Injunction and/or Temporary Restraining Order (Doc. 2).

Petitioner alleges he entered the United States without inspection in 2005.  On March 21, 2026, when law enforcement officers responded to a domestic dispute call, they discovered an outstanding warrant for Petitioner from the City of Mesa and took him into custody.  He indicates Immigration and Customs Enforcement (ICE) has placed a "hold" on him and "will attain custody of him after the conclusion of his criminal case with the City of Mesa."

Petitioner contends he is "moments away from being detained by ICE and held without bond."  He requests the Court find "he will not be detained pursuant to [8 U.S.C.] § 1225, but rather 8 U.S.C. § 1226, and as such[,] is entitled to either release or a custody redetermination hearing in accordance with applicable law."

. . . .

A habeas corpus petitioner must be "in custody" at the time he files his application for habeas corpus relief.  28 U.S.C. § 2241(c); *Myers v. United States Parole Comm'n*, 813 F.2d 957, 958 (9th Cir. 1987).  A detainer letter alone is insufficient to place an alien in ICE custody for habeas corpus purposes.  *Campos v. INS*, 62 F.3d 311, 314 (9th Cir. 1995). The Court will deny without prejudice Petitioner's § 2241 Petition, dismiss this action, and deny as moot the Motion for Preliminary Injunction and/or Temporary Restraining Order.

**IT IS ORDERED:**

(1)     Petitioner's § 2241 Petition (Doc. 1) is **denied**.

(2)     Petitioner's Motion for Preliminary Injunction and/or Temporary Restraining Order (Doc. 2) is **denied as moot**.

(3)     The Clerk of Court must enter judgment accordingly and close this action.

Dated this 27th day of March, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -